IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-79-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RYAN OSHAY LEE, | ) | |
| | ) | |
| Defendant. | ) | |

Given the numerous changes to the law and Fourth Circuit precedent since the parties completed briefing Ryan Oshay Lee's pending motions, each party shall submit a brief of no more than 10 pages addressing the pending motions.

SO ORDERED. This _30_ day of April 2021.

JAMES C. DEVER III
United States District Judge